UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:07-mj-00233 |
| | 1:07-mj-00235 |
| Plaintiff, | |
| vs. | |
| CHARLES MUHAMMAD, et al., | **ORDER RE: RELEASE OF LIMITED INFORMATION FROM SEALED CASE** |
| Defendants. | |

GOOD CAUSE APPEARING, it is hereby ORDERED that copies of the following documents be made available to the Pretrial Services Office only, and that no copies of these documents be made available to any party, attorney, nor any other person without prior approval of this court:

(1) Any and all minutes from court appearances; and,

(2) Any and all release and/or detention orders regarding the following named defendants only:

(A) Charles Muhammad
(B) Gloria Radford
(C) Johnny Randle
(D) Debra Martin (Hull)
(E) Robert Shepard
(F) Robert Ward

The case shall otherwise remain sealed.

IT IS SO ORDERED.

**Dated:   October 16, 2007**          /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE